

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Roberta Gard, Individually and d/b/a
Roberta L. Gard and Associates, and
Angela Nugent, Individually, Appellants

No. 06-20-00100-CV          v.

Douglas Ray Stracener Estate and Mary
Ann Stracener, Appellees

Appeal from the 115th District Court of
Upshur County, Texas (Tr. Ct. No. 55-20).
Opinion delivered by Justice Burgess, Chief
Justice Morriss and Justice Stevens
participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court

below.  We affirm the judgment of the trial court.

     We further order that the appellants pay all costs incurred by reason of this appeal.

RENDERED JULY 30, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk